UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi |
| v. | : | Crim. No. 21-578 (CCC) |
| NICHOLAS PALMA and | : | **DISMISSAL ORDER** |
| HERMAN PRIDE | : | |

    Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, John Giordano, the United States Attorney for the District of New Jersey, hereby dismisses Count 2 of the Indictment, Crim. No. 21-578 (CCC), as to defendants NICHOLAS PALMA and HERMAN PRIDE, which Indictment was returned on July 23, 2021, charging defendants NICHOLAS PALMA and HERMAN PRIDE with Deprivation of Rights Under Color of Law, in violation of 18 U.S.C. § 242, because further prosecution of this charge against defendants NICHOLAS PALMA and HERMAN PRIDE is not in the interests of the United States at this time.

    This dismissal is without prejudice.

_____
JOHN GIORDANO
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. CLAIRE C. CECCHI
United States District Judge

Date: 3/27/2025